# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CODY FUGETT,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**DOUGLAS COUNTY, NEBRASKA, and WELLPATH, LLC, f/k/a CORRECT CARE SOLUTIONS, d/b/a CCS NEBRASKA MEDICAL SERVICES, PC,**<br><br>    **Defendants.** | **8:21CV125**<br><br>**ORDER** |

Upon review of the parties' Rule 26(f) Meeting Report, (Filing No. 21) and after conferring with counsel for the parties,

**IT IS ORDERED**:

1) The deadline for filing motions to resolve jurisdiction, venue and/or sovereign immunity is **June 7, 2021.**

2) A status conference to discuss case progression and the parties' interest in settlement will be held with the undersigned magistrate judge on **June 21, 2021, at 10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

Dated this 24th day of May, 2021.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge