IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CODY FUGETT,<br><br>               Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY, NEBRASKA, and WELLPATH, LLC,<br><br>               Defendants. | 8:21CV125<br><br>**ADOPTION OF MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION** |

      This matter is before the Court on the Findings and Recommendation of Magistrate Judge Michael D. Nelson (Filing 27) recommending denial of Plaintiff's Motion to Remand All State Claims Against Douglas County, Nebraska and Wellpath, LLC. Filing 12. No parties objected. In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the findings and recommendation in its entirety. Accordingly,

      IT IS ORDERED:

1. Magistrate Judge Nelson's Findings and Recommendation (Filing 27) is adopted in its entirety; and

2. Plaintiff's Motion to Remand (Filing 12) is denied.

      Dated this 14th day of June, 2021.

                                                         BY THE COURT:

                                                          Brian C. Buescher
                                                          United States District Judge